# EXHIBIT 5

Case 2:13-cv-00149-DB   Document 36-5   Filed 04/11/13   Page 1 of 7

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION


FIRST DATA MERCHANT SERVICES

CORPORATION, a Florida corporation,

    Plaintiff,

                                  CIVIL ACTION

    vs.                          NO.: 1:12-cv-02568-RDB


SECURITYMETRICS, INC., a Utah

Corporation,

    Defendant.


DEPOSITION OF:   TAMARA L. BREAM

DATE:              January 11, 2013

TIME:              12:56 PM

LOCATION:        Hilton Garden Inn

                   1575 Fording Island Road

                   Hilton Head Island, SC

TAKEN BY:        Counsel for the Defendant

REPORTED BY:     SANDRA K. BJERKE, RDR, CRR, CBC

Bream, Tamara L. January 11, 2013

186

1 that.

2 Q. Okay. Does it say that in any other
3 e-mail?

4 A. I don't know.

5 Q. Is it terribly unethical to offer
6 service at a lower price?

7 A. It's terribly -- my opinion is it's
8 terribly unethical to use someone else's
9 information to telemarket merchants.

10 Q. Okay. How did SecurityMetrics obtain
11 that information?

12 A. They were given to First -- by First
13 Data.

14 Q. All right. And do you have an
15 understanding as to whether -- that is, what scope
16 of authorization SecurityMetrics has from FDMS with
17 regard to the use of that information or that data?

18 MR. HORN: Objection.

19 THE WITNESS: I don't know.

20 BY MR. SEARS:

21 Q. Okay. Has FDMS told Equity Payment one
22 way or the other whether FDMS authorized

```
 1    SecurityMetrics to use that data for that purpose?
 2              MR. HORN:  Objection; asked and
 3    answered.
 4              THE WITNESS:  Could you read that to me
 5    again, please?
 6              (The Court Reporter read the question
 7    commencing on Page 165, Line 9.)
 8              THE WITNESS:  As of July 26th, 2012?
 9    BY MR. SEARS:
10         Q.   Yes.
11         A.   **We were told that First --**
12    **SecurityMetrics was the -- we were told that the**
13    **contract was severed between SecurityMetrics and**
14    **First Data.**
15         Q.   And the inference Equity Payment drew
16    from that was that SecurityMetrics was not
17    authorized by First Data to use the merchant data
18    to solicit Equity Payment's merchants?
19         A.   **Yes.**
20         Q.   Has Equity Payment ever communicated
21    that understanding to FDMS?
22              That is to say, has Equity Payment ever
```

Bream, Tamara L.  January 11, 2013

188

1   communicated to FDMS that the -- that Equity
2   Payment's understanding is that the severance of
3   the contract between FDMS and SecurityMetrics
4   terminated SecurityMetrics's authorization to use
5   the merchant data to solicit Equity Payment's
6   merchants?
7           A.   Yes.
8           Q.   Is it still Equity Payment's
9   understanding today that the severance of the
10  contract between FDMS and SecurityMetrics, that
11  following that termination, SecurityMetrics has no
12  authorization to use the merchant data provided by
13  FDMS to solicit Equity Payment's merchants?
14          A.   **It's my understanding that**
15  **SecurityMetrics -- once the contract was severed**
16  **between SecurityMetrics and First Data, it was to**
17  **no longer use that data.**
18          Q.   That's your understanding still today?
19          A.   **That seems to be in question.**
20          Q.   All right.  Why is it in question?
21          A.   **SecurityMetrics -- and this is from**
22  **what I understand.**

1           SecurityMetrics says there is an
2  agreement on the website that once a merchant goes
3  in and does a SAQ, that they -- that they now
4  agree -- and I can't tell you the verbiage -- that
5  there's an agreement between SecurityMetrics and
6  the merchant.
7       Q.   Okay.  Do you believe that FDMS has
8  authorized SecurityMetrics to use merchant data
9  obtained from FDMS to solicit Equity Payment's
10 merchants?
11      A.   I believe --
12           MR. HORN:  Objection.
13           THE WITNESS:  I believe the First Data
14 authorized SecurityMetrics when they were under
15 contract that they could use that information.
16           After the severance of the contract, I
17 can't speak to it, but the inference was that
18 SecurityMetrics was not to use that data.
19 BY MR. SEARS:
20      Q.   All right.  And that's your
21 understanding today.
22      A.   Yes.

```
 1          Q.    All right.
 2                (Exhibit 100, E-Mail Thread to
 3    Ms. Sumner from Ms. Bream dated 9-14-12, marked for
 4    identification.)
 5    BY MR. SEARS:
 6          Q.    Ms. Bream, let me know when you've had
 7    a chance to familiarize yourself with Exhibit 100.
 8          A.    Okay.
 9          Q.    Is this an e-mail that you sent to
10    Ms. Sumner at FDMS on September 14, 2012?
11          A.    Yes.
12          Q.    All right.  Why did you forward this
13    on -- sorry.  Why did you send this e-mail?
14          A.    The e-mail that I sent Denise
15    references the e-mail below, which came from
16    Superior Plumbing.  And it is an e-mail from
17    SecurityMetrics to Superior Plumbing on September
18    14th, 2012, referencing their noncompliance fee
19    deadline, when we had, in fact, talked to
20    SecurityMetrics back in June about this exact same
21    merchant.
22          Q.    And what had you communicated to
```