# EXHIBIT 6

| | |
|---|---|
| **From:** | Mary Beseda <Mary.Beseda@exchangebank.com> |
| **Sent:** | Tuesday, March 26, 2013 9:50 AM |
| **To:** | 'davidg@securitymetrics.com' |
| **Subject:** | FW: I just called |

David:
Please stop notifying our customer; they are certifying their PCI Compliance through First Data Direct.  Per your contract with First Data you are to stop soliciting clients.
Best regards,

Mary Beseda
AVP, Merchant Sales Officer
Exchange Bank
Electronic Banking
Office: 707-524-3064
Fax: 707-524-3065
Cell: 707-291-3559


-----Original Message-----
From: Diane Lord [mailto:dlord@sonomagolfclub.com]
Sent: Tuesday, March 26, 2013 9:44 AM
To: Mary Beseda
Subject: FW: I just called

Hi Mary,
I thought you might want to see the emails I am getting from Security Metrics.
Based on our conversation regarding PCI compliance I am going to assume that this will be handled through First Data.
Please let me know if I misunderstood and there is something I need to do.
Thank you for your help.
Diane

-----Original Message-----
From: David Gordon [mailto:davidg@securitymetrics.com]
Sent: Monday, March 25, 2013 2:20 PM
To: Diane Lord
Subject: I just called

My name is David Gordon.  We assisted you with your PCI Compliance Validation last year for your merchant account.  I just left you a voicemail letting you know that your compliance validation will be expiring for the year and needs to be renewed.  I have been assigned to your account to help you get this updated.

To remain PCI Compliant you just need to re-certify the questionnaire and pay the annual compliance fee.

You can contact me directly at 801.995.6457 and I can assist you in renewing your compliance over the phone, or you may renew online. If you would prefer to renew online, let me know and I will send you the instructions how to do so.

Please contact me if you have any questions, or need assistance renewing and re-certifying your compliance.

Sincerely,


--

David Gordon
Compliance Consultant
Direct: 801.995.6457
www.securitymetrics.com



NOTICE: This E-mail, including attachments, is the property of the Exchange Bank.  The contents of this E-mail are protected by the Federal Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.  The contents of this E-mail are confidential and contain the legally privileged communication of the Exchange Bank.  If you are not the intended recipient, any retention, dissemination, distribution or copying of this communication is strictly prohibited by Federal law.  Please reply to the sender that you have received the E-mail message in error, and then delete the E-mail message.